# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In Re: FEATHER RIVER INDUSTRIES, INC.

Debtor(s).

Case Number: 01-23733 TH

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

1. On May 6, 2010 [dates], a check in the amount of $ 8111.82 belonging to FRWG - Las Vegas _____ [name of original creditor/claimant)] was tendered to the Clerk of the above-entitled Court by the case trustee as unclaimed funds for claim(s) numbered: ~~unknown~~ 60

2. The funds so tendered were deposited with the United States Treasury by the Clerk and remain unclaimed.

3. Applicant alleges that the following person or entity is the owner of the funds described in paragraph 1 [provide name, address and telephone number]:

   FEATHER RIVER CO., LLC
   5188 Palmyra Ave.
   Las Vegas, NV 89146

   ( 702 ) 327-8910

4. The original disbursement was not presented for payment because [specifically state the reason and include a brief history of the creditor/claimant from the filing of the claim to the present. Attach supporting documentation]:
   FRWG - Las Vegas was the name used by the franchisor (debtor) to refer to Feather River Wood & Glass Stores, LLC, whose name has been changed to
   FEATHER RIVER CO., LLC.
   Additionally, address on Proof of Claim, used by Trustee, has street name incorrectly spelled. "7898 Blue Venus" should be 7898 Blue Venice." Also, that address was changed several years ago.
   See certified statement attached.

5. Applicant represents that the alleged owner is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue based upon the following [check the statement(s) that apply]:

   ☑ a. The alleged owner is the creditor/claimant named in paragraph 1 and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   ☐ b. The alleged owner is the assignee of the creditor/claimant named in paragraph 1, or the assignee's representative, as evidenced by the attached documents.

   ☐ c. The alleged owner is the successor-in-interest of the creditor/claimant named in paragraph 1, or the successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership.

   ☐ d. The alleged owner is the estate of the deceased creditor/claimant named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents.

   ☐ e. Subparagraphs (a) through (d) above do not apply. As evidenced by the attached documents, the alleged owner is:
   _____
   _____

| In Re: FEATHER RIVER INDUSTRIES, INC. | CASE NUMBER: 01-23733 TH |
|---|---|

6. Applicant is [check the statement that applies]:

   ☐ a. The alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds*.

   ☐ b. A duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds*.

   ☐ c. The representative of the estate of a deceased alleged owner of the funds. Attached certified copies of probate documents which substantiates applicant's right to act on behalf of the decedent's estate.

   ☒ d. The attorney in fact for the alleged owner of the funds authorized by the attached notarized, original Power of Attorney to file this application on behalf of the alleged owner.

   ☐ e. An attorney representing the interests of the owner of the funds with authority to receive such funds, as evidenced by the attached notarized original Power of Attorney.

7. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

8. A copy of this completed application (with all supporting documentation) was mailed to the following on (date): 8-28-10

| (US Attorney) | (Owner of the funds) | (Other) |
|---|---|---|
| United States Attorney | FEATHER RIVER CO., LLC | |
| 501 I Street, 9th Floor | 5188 Palmyra Ave. | |
| Sacramento, CA 95814 | Las Vegas, NV 89146 | |

WHEREFORE, applicant prays for an order directing the Clerk of the above-entitled Court to pay said tendered money to the applicant.

I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct:

Dated: 8-28-10

Applicant's Signature
AL MELONE, for ASSET RECOVERY TRUST
Applicant's Name Typed or Printed

P.O. BOX 4296
Applicant's Address

COSTA MESA, CA 92628

( 714 ) 546-8100
Applicant's Telephone Number

| In Re: FEATHER RIVER INDUSTRIES, INC. | CASE NUMBER: 01-23733 TH |
|---|---|

STATE OF __CALIFORNIA__, COUNTY OF __ORANGE__

On __AUGUST 29, 2010__ before me, personally appeared (insert name and title of signer)

__~~AL MALONE~~ AL MELONE__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

[Notary seal: GEORGE PETERSON, Commission # 1811829, Notary Public - California, Orange County, My Comm. Expires Sep 26, 2012]

_____
Notary Public

My commission expires on __9/26/12__

---

**FOR COURT USE ONLY**

File and documents reviewed by __Karen Cesiano__ on __9-14-10__

..........................................................................................................

I have carefully reviewed this application and all supporting documents and recommend to the Court that this application be approved.

__Karen Cesiano__                                                __9-14-10__
Financial Administrator, U.S. Bankruptcy Court                    Date

EDC 3-950 (Rev. 1/25/02)        Application for Payment of Unclaimed Funds – Page 3 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: FEATHER RIVER INDUSTRIES, INC. )
)
) CASE NO: 01-23733 TH
)
) CORPORATION/BUSINESS IDENTIFICATION
) FORM FOR UNCLAIMED FUNDS
)
_____DEBTOR(S)._____ )

I, E. LYLE GREGORY, hereby state that I am the SOLE MANAGING MEMBER (Title)
of FEATHER RIVER CO., LLC (Business Name), and I am authorized to request payment of unclaimed funds.

Current Telephone No.    (702) 327-8910
Tax Identification No.   88-0423537
Previous Mailing Address 7898 Blue Venice Ct.
                         Las Vegas, NV 89117
Current Mailing Address  5188 Palmyra Ave.
                         Las Vegas, NV 89146

Dated:

(SEAL*)

Signature

* Affix seal, if available, and attach appropriate documentation which indicates that the person signing is authorized to do so. This documentation should be a corporate power of attorney signed by the CEO of the company (or other corporate officer) and a statement of the signing officer's authority, or similar documentation, as well as documents establishing the chain of ownership of the original corporate/business claimant, if appropriate.

STATE OF NEVADA, COUNTY OF CLARK
On 20th Day of AUGUST, 2010 before me, personally appeared (insert name and title of signer)
E. LYLE GREGORY
_____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

My commission expires on 02-14-14

To ensure payment to the proper party, please fill out the identification portion of this form and submit together with an Application for Payment of Unclaimed Funds (EDC 3-950) and supporting documentation to:

Financial Administrator
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

EDC 3-952 (New 11/01)

# LIMITED POWER OF ATTORNEY/
## DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST**, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of $8,111.82 only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that **FEATHER RIVER CO., LLC, fka FEATHER RIVER WOOD & GLASS STORES, LLC, aka FRWG - Las Vegas, (the latter name designated by our franchisor, the debtor) is a rightful creditor of case 01-23733 TH, Feather River Industries, Inc. and a sole member Nevada limited liability company, that we moved from 7898 Blue Venice Ct., Las Vegas, NV 89146, that we are presently located at 5188 Palmyra Ave., Las Vegas, NV 89146, that our phone number is 702-327-8910, that the enclosed documents evidencing our identity and right to his unclaimed dividend are true and correct copies of the originals, and that we are entitled to this unclaimed dividend.**

I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct, and that I have authority to sign for the company.

DATED 8/20/2010        SIGNED /s/ [signature]

NAME     E. LYLE GREGORY

TITLE    (SOLE) MANAGING MEMBER

COMPANY  FEATHER RIVER CO., LLC.

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF AUGUST, 2010,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[SEAL]

TOMMY KOO
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 2-14-14
Certificate No: 10-1891-1

NOTARY PUBLIC IN AND FOR
The State of NEVADA, COUNTY OF CLARK
My Commission expires on 02-14-14

FORM B10 (Official Form 10)(4/01)　　　　　　　　　　　　　　　　　　　Creditor Id #: 5069928

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Feather River Industries, Inc. | Case Number<br>01-23733-547-7 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**FILED**
**APR 2 3 2001**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Name of Creditor (The person or other entity to whom the debtor owes money or property):
FRWG - Las Vegas
Name and Address where notices should be sent:
FRWG - Las Vegas
7898 BLUE VENUS CT
LAS VEGAS NV 89117

Telephone Number: 702-270-3667

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:　　Check here if ☐ replaces ☐ amends　a previously filed claim, dated _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other Deposits paid for Merchandise not recived and Loss of Profit

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   　Your SS #: _____
   　Unpaid compensation for services performed
   　from _____ to _____ (date)

2. Date debt was incurred: ON OR BEFORE 7/2000 TO CURRENT
3. If court judgment, date obtained:
4. Total Amount of Claim at Time Case Filed: $ 128,116.7

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
   ☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

60

Date: 4-16-01　Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): E. LYLE GREGORY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

00-9964

Feather River Wood & Glass Co., LLC
Customer QuickReport

FEA001 07/27/2010 10:20 AM

| Form **8879-PE** | IRS e-file Signature Authorization for Form 1065 | OMB No. 1545-204 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2009, or tax year beginning ............., ending ............. ▶ See instructions. Do not send to the IRS. Keep for your records. | **2009** |

| Name of partnership | Employer identification number |
|---|---|
| Feather River Co., LLC | 88-0423537 |

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 133,95 |
| 2 | Gross profit (Form 1065, line 3) | 2 | 48,89 |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 | 43,27 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

### Part II — Declaration and Signature Authorization of General Partner or Limited Liability Company Member Manager (Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a general partner or limited liability company member manager of the above partnership and that I have examined a copy of the partnership's 2009 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic income tax return.

General Partner or Limited Liability Company Member Manager's PIN: check one box only

[X] I authorize __Swan & Gardiner, CPA's, LLC__ to enter my PIN [ 23537 ] as my signatu
                  ERO firm name                                               do not enter all zeros
on the partnership's 2009 electronically filed income tax return.

[ ] As a general partner or limited liability company member manager of the partnership, I will enter my PIN as my signature on the partnership's 2009 electronically filed income tax return.

General partner or limited liability company member manager's signature ▶ _____
Title ▶ LLC Member     Lyle E. Gregory                                    Date ▶ _____

### Part III — Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ 88016211111 ]
                                                                                                 do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2009 electronically filed income tax return for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS e-file Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ▶ Matthew H. Swan                                     Date ▶ 07/27/10

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see Instructions.                                                 Form **8879-PE** (2009)

DAA

*Handwritten annotations in left margin: "SOLE MEMBER", "* FILED AS"*



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

FILED# C2487-99

MAR 3 0 2004

IN THE OFFICE OF
/s/ Dean Heller
DEAN HELLER SECRETARY OF STATE

## Amendment to Articles of Organization
(PURSUANT TO NRS 86.221)

*Important: Read attached instructions before completing form.*     ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Amendment to Articles of Organization
### For a Nevada Limited-Liability Company
(Pursuant to NRS 86.221)

1. Name of limited-liability company: Feather River Wood & Glass Stoes LLC

2. The company is managed by (check one): ☒ managers  *or*  ☐ members

3. The articles have been amended as follows (provide articles numbers, if available):*
Amend name to Feather River Co. LLC

4. Signature (must be signed by at least one manager or by a managing member).

_____
Signature

* 1) If amending company name, it must contain the words "Limited-Liability Company," "Limited Company," or "Limited" or the abbreviations "Ltd.," "L.L.C.," or "L.C.," "LLC" or "LC." The word "Company" may be abbreviated as "Co."
   2) If adding managers, provide names and addresses.

**FILING FEE: $175.00**

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

*SUBMIT IN DUPLICATE*
This form must be accompanied by appropriate fees. See attached fee schedule.

Nevada Secretary of State AM Bankruptcy
Revised on: 10/30/03

# Feather River Co.

4230 S. Decatur Blvd. Suite E   Las Vegas, NV 89103
Ph. 702-270-3667 Fax 702-270-3677

April 5, 2004

IRS
Attention: Entity
Ogden, UT 84201

To Whom It May Concern:

We have officially changed the name of our LLC from Feather River Wood & Glass Stores, LLC to Feather River Co., LLC. (Please see Amendment to Articles of Organization filed and accepted by Nevada Secretary of State) The purpose of the change was due to a trademark infringement claim brought on by Trinity Glass International (Please see correspondence from Davis Wright Tremaine LLP) which resulted in the need to change the name of our LLC (Please see AGREEMENT). We need to transfer our Federal Tax ID Number from Feather River Wood & Glass Stores, LLC to Feather River Co., LLC. Our Federal Tax ID Number is **88-0423537**.

Please send letter of confirmation.

Sincerely,

Lyle Gregory
Managing Partner



## LIMITED-LIABILITY COMPANY CHARTER

I, DEAN HELLER, the Nevada Secretary of State, do hereby certify that **FEATHER RIVER WOOD & GLASS STORES, LLC** did on **APRIL 9, 1999**, file in this office the Articles of Organization for a Limited-Liability Company, that said Articles are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain the provisions required by the laws governing Limited-Liability Companies in the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office in Las Vegas, Nevada, on **APRIL 9, 1999**.

*[signature]*
Secretary of State

By *[signature]*
Certification Clerk

